Case 5:19-cv-00750-MHH-HNJ   Document 1   Filed 05/17/19   Page 1 of 6

FILED
2019 May-17 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

5:19-CV-750-MHH-HNJ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2019 MAY 17 P 12: 17

Regenald White Jr.

Inmate Identification Number: 251345

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Eric W. Hines
Scott A. Schuttenga

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )    No (✓)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement __Limestone Corr. Facility__

   A. Is there a prisoner grievance procedure in this institution?
     Yes ( ✓ )   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No ( ✓ )

   C. If your answer is YES:

     1. What steps did you take? _____

     _____

     2. What was the result? _____

     _____

   D. If your answer is NO, explain why not: __The incident happenned at Bibb County Corr. Facility. After the incident I was immediately placed in a suicide cell and transferred 4 days later to Limestone Corr Facility in which I was immediately placed in segregation.__

3

III.  Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.  Name of Plaintiff(s) Regnald White Jr. #251345

Address Limestone Corr. Facility 28779 Nick Davis Road Harvest, AL. 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant Eric W. Hines

Is employed as Lieutenant

at Bibb County Corr. Facility

C.  Additional Defendants Scott A Schuttenga employed as a Correctional Officer at Bibb County Corr. Facility

IV.  Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

See Attachment

4

# ① Officer Schuttinga Assaulting Me

On 4/14/19 around 8:09 pm. a group of police came into B-dorm. When they entered B-4 where I was, Lieutenant Hines made the anouncement, "Bed roster, if you don't sleep in here, now is the time to come up front. This is your only chance." Since I knew that I slept in B-3, I went to the front. Officer Schuttinga was holding the door open motioning me to come out of the dorm. So, as I walked out; Officer Schuttinga told me to put my hands on the wall so he could pat search me. I complied. Then he told me to pull my pants down so he could search my shorts. When I pulled my pants down, my shorts came down also. As he's searching my shorts, I felt my legs almost get snatched from under me. So I looked down to see what he was doing. I saw that he was trying to rip my pocket off my shorts. In the process of me looking to see what he was doing my hands barely came off the wall. So he stood up and said, "Didn't I tell you to put your hands on the wall" and threw a punch at me. By me having my pants and shorts around my ankles, I wasn't able to do too much moving. Not wanting to get hurt or hurt anyone, I went to dodging and blocking and screaming for Sgt. Cutts and Sgt. Penn to get him. From there I blacked out, I just remember screaming Sgt. Cutts, Sgt. Penn get him. I was subdued and placed in handcuffs by LT. Hines. Bibb County Corr. Facility has cameras. If you look at the cameras, it'll bring the truth of the situation out.

② <u>L.T. Hines Assaulting me while in handcuffs</u>

After L.T. Hines put me in handcuffs, he snatched me up and began aggressively pulling me by my arm out of B-dorm. With my pants and shorts still around my ankles, L.T. commanded me to walk as he continued pulling on me. I asked him can he pull my pants up so I can walk. He told me NO, then commanded me to walk while pulling me. I almost fell, so I asked can someone pull my pants up so I can walk. None of the officers did. L.T. Hines looked me in the eyes and said, "Didn't I tell you to walk, boy!" I told him that I ain't no boy. That's when he said, "Ok, lets do it then" and sprayed me directly in the eyes with mace and beat me across my knees with his baton causing me to fall. In the process of him macing me, some of the mace got into his co-workers eyes. After L.T. Hines maced me and beat me across my knees, he stood me up and told me to walk. That's when I yelled at the top of my lungs, "Can somebody please pull my pants up so I can walk." That's when he told me to take my shoes and pants off and walk. I did and he took me to healthcare. I waited about 7 minutes before I was decontaminated. I had a body chart; My knees were swollen with knots and bruises and a hole in my right leg. Bibb County Corr. Facility has cameras. If you look at the cameras, it'll bring the truth of the situation out.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Money in the amount of $150,000 and for the officer and lieutenant to be terminated from ADOC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/1/19

*Reginald White Jr.*
SIGNATURE

ADDRESS  Limestone Corr. Facility
28779 Nick Davis Road
Harvest, AL. 35749

AIS # 251345

5