United States District Court
Northern District of Alabama
Northern Division

FILED
2019 Dec-30 PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

2019 DEC 30 A 11: 58
U.S. DISTRICT COURT
N.D. OF ALABAMA

Reginald White, Jr.,
   Plaintiff,

v.                                Case No. 5:19-cv-00750-MHH-HNJ

Lieutenant W. Hines,
Officer Scott A. Schuttinga, et.al.,
   Defendants.

### Plaintiff Response On The Court Order For Special Report

Comes Now, Plaintiff, Reginald White, Jr., in the above cause and in response to the Court's December 10, 2019, in which, the Court has directed Plaintiff to inform the Court whether or not it has misunderstood or misconstrued his claims.

### Nature of Plaintiff Claims

Plaintiff White, claims are not misunderstood or misconstrued by the Court. In fact, although not argued at this point. Plaintiff claims surrounds the defendants subjecting him to Cruel and unusual punishment and the use of unnecessary

force.

To support his claims which are stated above. Plaintiff intends to present sufficient proof by way of legal documents, medical documents and ect., to the Court pursuant to the FED.R. Civ.P., Rule 26(a)(1), after the Special Report is filed.

/s/ Reginald White, Jr. #251345
Reginald White, Jr. #251345

## Certificate of Service

I hereby Certify that this 26th day of December 2019. I have served a Copy of this pleading on the Office of the Clerk at: Hugo Black United States Courthouse 1729-5th Avenue North Birmingham, Alabama 35203-2040, by placing a Copy of the same in the prison internal Legalmail system, postage prepaid and properly addressed.

Reginald White, Jr.,
AIS# 251345  Bed# A-9
Donaldson Corr. Facility
100 Warrior Lane
Bessemer, Alabama
35023