# Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division: BIBB COUNTY CORRECTIONAL FAC. | 2. Date: 4/14/2019 | 3. Time: 8:09:00 PM | 4. Inc. No: BCCF-19-00634  Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Assault-Inmate-on-Employee | | 6. ASCA Incident Type - PRIMARY: III 2.3 Inmate-on-Staff Assaults that did not involve serious injury. | |
| 7. Type of Incident - Secondary: Failure to Obey a Direct Order of ADOC Employee  Unauthorized Location  Drug Screen - Inmate/Employee  Suicide Watch  Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | | 8: ASCA Incident Type - Secondary:  III 13.1 Immediate Use of Force | |
| 9. Who Received Report: TONEY, DEBORAH     A | | 10. Time Incident Reported: 4/14/2019 8:38:00 PM | |
| 11. Location of Incident: B-Dorm hallway | | | |
| 12. Victim(s): | Name SCHUTTINGA, SCOTT | | AIS Staff |
| 13. Suspect(s): | Name WHITE, REGINALD | | AIS 00251345 |
| 14. Witness(es): | Name N/A | | AIS |
| PHYSICAL EVIDENCE: | | | |
| 15. Type of Evidence / Description: N/A | | 16. Chain of Evidence / Location & Date: N/A | |

**17. Narrative Summary:**

On April 14, 2019, Correctional Officer Scott Schuttinga was the assigned Healthcare Rover on A-Night Shift. At approximately 8:09 P.M., while assisting with an Institutional Bed Roster in B-Dormitory Bay 4, Officer Schuttinga observed inmate Reginald White B/251345 (B3-18A) exiting B-Dorm Bay 4. Officer Schuttinga gave inmate White a direct order to turn around for a routine pat search. Inmate White complied. During the pat search, inmate White became combative turning around towards Officer Schuttinga in an aggressive manner, grabbing Officer Schuttinga by the arm and pinning Officer Schuttinga against the glass door of B-Dorm Bay 4. Correctional Lieutenant Eric Hines, who was present on the scene, called "code red" via Handheld radio. Correctional Sergeants Andrew Cutts and Willie Penn along with Correctional Officers, Jamie King, Christopher Barr, Bob Gulley and Urian Davis were all present on the scene and responded to this incident. Officer King and Barr took inmate White to the ground. Officer King gave inmate White a direct order to cease his negative actions. Inmate White refused to comply with the order given, forcing himself to his feet, continuing to behave in an aggressive manner. Sergeant Cutts conducted a two on one takedown from the rear on inmate White. Sergeant Cutts gave inmate White a direct order to cease his negative actions to be handcuffed. Inmate White complied. Lieutenant Hines properly handcuffed and began to escort inmate White to the Healthcare Unit to be medically assessed. Upon escorting inmate White to the Healthcare Unit, Inmate White continued to behave in an unruly aggressive manner snatching away from Lieutenant Hines. Lieutenant Hines delivered a One second Burst of his assigned Sabre Red to inmate White's facial area to gain control. Lieutenant Hines gave inmate White a direct order to cease his actions. Inmate White refused by attempting to kick staff. Lieutenant Hines delivered several baton strikes to inmate Whites right lower leg area. Lieutenant Hines gave Inmate White a direct order to cease his negative behavior. Inmate White complied with the order given. All force ceased.    At approximately 8:38 P.M., Sergeant Andrew Cutts notified the Institutional On-Call Official, Correctional Warden III, Deborah Toney of this incident. Officer Barr and Officer Davis escorted inmate White to the Healthcare Unit to be properly decontaminated and medically assessed by Licensed Practical Nurse, Kim Lawrence. No serious injuries noted. Upon being medically assessed, Nurse Lawrence determined inmate White was Suicidal. Nurse Lawrence notified and apprised Mental Health Professional (MHP), Brittany Humphries of the mental status of inmate White. At approximately 9:07 P.M., MHP, Humphries placed inmate White on Acute-Suicide Watch. At approximately 9:26 P.M., Sergeant Cutts updated Warden Toney of the status of this

Alabama Department of Corrections

## INCIDENT REPORT CONTINUATION BCCF-19-00634

**17. Narrative Summary:**

incident. At approximately 9:31 P.M., Nurse Lawrence informed Sergeant Cutts that, inmate White would be placed in G1 of the Healthcare Unit. Sergeant Cutts advised inmate White he would be administered a urine analysis and allotted (3) hours to produce a urine sample. Inmate White complied completing the urinalysis within the time frame permitted. Sergeant Cutts advised inmate White he would be pending disciplinary action for, Assault on an ADOC Official, Failure to Obey a Direct Order of an ADOC Employee, and Being in an Unauthorized area. Inmate White was reprimanded of his negative behavior and escorted to G1 of the Healthcare Unit.   4/14/2019 10:49 PM by andrew.cutts 4/15/2019 12:14 AM by andrew.cutts

Signature: _____

## Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: BIBB COUNTY CORRECTIONAL FAC. | 2. Date 4/14/2019 | 3. Time 8:09:00 PM | 4. Inc. No: Class Code: | BCCF-19-00634 B |
|---|---|---|---|---|
| 5. Type of Incident - PRIMARY: Assault-Inmate-on-Employee | | 6. ASCA Incident Type - PRIMARY: III 2.3 Inmate-on-Staff Assaults that did not involve serious injury. | | |
| 7. Type of Incident - Secondary: Failure to Obey a Direct Order of ADOC Employee Unauthorized Location Drug Screen - Inmate/Employee Suicide Watch Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | | 8. ASCA Incident Type - Secondary: III 13.1 Immediate Use of Force | | |
| 9. Location of Incident:   B-Dorm hallway | | | | |

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| SCHUTTINGA, SCOTT | Staff | | | | | | |

Offense(s)

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| WHITE, REGINALD | 00251345 | B / M | | JEFFERSON | 05/22/2012 | 20Y 0M 0D | 05/21/2030 |
| Offense(s) | DIST CONTROL SUBSTANCE, MURDER | | | | | | |

**BRIEF Narrative:**

On April 14, 2019, Correctional Officer Scott Schuttinga was the assigned Healthcare Rover on A-Night Shift. At approximately 8:09 P.M., while assisting with an Institutional Bed Roster in B-Dormitory Bay 4, Officer Schuttinga observed inmate Reginald White B/251345 (B3-18A) exiting B-Dorm Bay 4. Officer Schuttinga gave inmate White a direct order to turn around for a routine pat search. Inmate White complied. During the pat search, inmate White became combative turning around towards Officer Schuttinga in an aggressive manner, grabbing Officer Schuttinga by the arm and pinning Officer Schuttinga against the glass door of B-Dorm Bay 4. Correctional Lieutenant Eric Hines, who was present on the scene, called "code red" via Handheld radio. Correctional Sergeants Andrew Cutts and Willie Penn along with Correctional Officers, Jamie King, Christopher Barr, Bob Gulley and Urian Davis were all present on the scene and responded to this incident. Officer King and Barr took inmate White to the ground. Officer King gave inmate White a direct order to cease his negative actions. Inmate White refused to comply with the order given, forcing himself to his feet, continuing to behave in an aggressive manner. Sergeant Cutts conducted a two on one takedown from the rear on inmate White. Sergeant Cutts gave inmate White a direct order to cease his negative actions to be handcuffed. Inmate White complied. Lieutenant Hines began to escort inmate White to the Healthcare Unit to be medically assessed. Upon escorting inmate White to the Healthcare Unit, Inmate White continued to behave in an unruly aggressive manner snatching away from Lieutenant Hines. Lieutenant Hines delivered a One second Burst of his assigned Sabre Red to inmate White's facial area to gain control. Lieutenant Hines gave inmate White a direct order to cease his actions. Inmate White refused by attempting to kick staff. Lieutenant Hines delivered several baton strikes to inmate Whites right lower leg area. Lieutenant Hines gave Inmate White a direct order to cease his negative behavior. Inmate White complied with the order given. All force ceased.   At approximately 8:38 P.M., Sergeant Andrew Cutts notified the Institutional On-Call Official, Correctional Warden III, Deborah Toney of this incident. Officer Barr and Officer Davis escorted inmate White to the Healthcare Unit to be properly decontaminated and medically assessed by Licensed Practical Nurse, Kim Lawrence. No serious injuries noted. Upon being medically assessed, Nurse Lawrence determined inmate White was Suicidal. Nurse Lawrence notified and apprised Mental Health Professional (MHP), Brittany Humphries of the mental status of inmate White. At approximately 9:07 P.M., MHP, Humphries placed inmate White on Acute-Suicide Watch. At approximately 9:26 P.M., Sergeant Cutts updated Warden Toney of the status of this incident. At approximately 9:31 P.M., Nurse Lawrence informed Sergeant Cutts that, inmate White would be placed in G1 of the Healthcare Unit. Sergeant Cutts advised inmate White he would be administered a urine analysis and allotted (3) hours to produce a urine sample. Inmate White complied completing the urinalysis within the time frame permitted. Sergeant Cutts advised inmate White he would be pending

## Alabama Department of Corrections

## DUTY OFFICER REPORT CONTINUATION BCCF-19-00634

**BRIEF Narrative:**
disciplinary action for, Assault on an ADOC Official, Failure to Obey a Direct Order of an ADOC Employee, and Being in an Unauthorized area. Inmate Wite was reprimanded of his negative behavior and escorted to G1 of the Healthcare Unit.   4/14/2019 10:49 PM by andrew.cutts

Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: **Bibb County**    Date: **04/14/19**   Time: **8:40 pm**

Individual Requesting Body Chart (print name): **Hines**   Title: **Lt**

Inmate statement:
"I don't know"

un - scar area 3cm x 0.2 cm
L - old scar 6 cm
L - old 3 cm
L - tattoo
1 - 1/2 cm x 1 cm scar area

Bump

**Description of markings:**
33 y.o. BM A&Ox3. Responds to verbal stimuli. Areas noted above per body chart. No other c/o. Inmate to be placed on ASW in HCU per MH. 3 "yes" answers on questionnaire.

Check below:
___ *Progress Note additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **K. Lawrence, LPN**   Date: **04/14/19**  Time: **8:50 pm**

Inmate Name: **White, Reginald**   AIS #: **251345**   DOB: ▮

# USE OF FORCE
## INMATE WRITTEN STATEMENT

Bibb

Incident Number: BCCF-19-00634
Date of Incident: 4-14-2019

Sworn Statement:

I Regqwald White (Name), want to make the following statement under oath:

Refuse to talk

I have not been threatened, intimidated, or coerced in any way in reference to this statement. I make this statement of my own free will and accord.

Regqwald White (Printed Name)    Reginald White (Signature)    4-14-2019 (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be initialed by the inmate making this statement, and numbered as "Page ___ of ___ pages."

(Initials) ___   Page: ___ of ___ pages

ADOC Form 327-B – April 26, 2011

Page 4 of 4       AR 327 Change 1 – April 26, 2011

On April 14, 2019, I Correctional Officer Jamie King was the assigned B-Dormitory rover. At approximately 8:09 p.m., while conducting an institutional Bed Roster in B-Dormitory Bay 4, I observed inmate Reginald White B/251345 grab and push Officer Schuttinga into the bay 4 glass window in the hallway area. I then exited the bay grabbing inmate White by the arm and conducted a two-on one take down on inmate White to the ground. I gave inmate White a direct order to cease his negative actions and attempted to handcuff inmate White. Inmate White refused to comply with the order given, forcing himself to his feet in a hostile and aggressive manner. Sergeant Cutts and Lieutenant Hines assisted and conducted a two on one takedown on inmate White from the rear with the assisted of Sergeant Penn to the floor area. Lieutenant Hines placed handcuffs on inmate White to the rear. All force ceased.

Officer Jamie King

*Jamie King* (signature)

On April 14, 2019 at approximately 8:09 p.m., I Correctional Officer Christopher Barr was conducting an institutional Bed Roster in B-Dormitory Bay 4 when I observed inmate Reginald White B/251345 grab and push Officer Schuttinga into the bay 4 glass window in the hallway area. I then exited the bay door and assisted Officer King by grabbing inmate White by the arm and conducted a two-on one take down on inmate White to the ground. Officer King attempted to handcuff inmate White. Inmate White refused to comply with the order given, forcing himself to his feet in a hostile and aggressive manner. Sergeant Cutts and Lieutenant Hines assisted and conducted a two on one takedown on inmate White from the rear with the assisted of Sergeant Penn to the floor area. Lieutenant Hines placed handcuffs on inmate White to the rear. All force ceased.

Officer Christopher Barr

*[signature]*

On April 14, 2019 at approximately 8:09 p.m., I Correctional Officer Bob Gulley was conducting an institutional Bed Roster in B-Dormitory Bay 4 when I observed inmate Reginald White B/251345 grab and push Officer Schuttinga into the bay 4 glass window in the hallway area. I then exited the bay door and observed Officer King conducted a two-on one take down on inmate White to the ground. Officer King attempted to handcuff inmate White. Inmate White refused to comply with the order given, forcing himself to his feet in a hostile and aggressive manner. Sergeant Cutts and Lieutenant Hines assisted and conducted a two on one takedown on inmate White from the rear with the assisted of Sergeant Penn to the floor area. Lieutenant Hines placed handcuffs on inmate White to the rear. All force ceased.

Officer Bob Gulley

*Bob Gulley* (signature)

On April 14, 2019 at approximately 8:09 p.m., I Correctional Officer Urian Davis was conducting an institutional Bed Roster in B-Dormitory Bay 4 when I observed inmate Reginald White B/251345 grab and push Officer Schuttinga into the bay 4 glass window in the hallway area. I then exited the bay door and observed Officer King conducted a two-on one take down on inmate White to the ground. Officer King attempted to handcuff inmate White. Inmate White refused to comply with the order given, forcing himself to his feet in a hostile and aggressive manner. Sergeant Cutts and Lieutenant Hines assisted and conducted a two on one takedown on inmate White from the rear with the assisted of Sergeant Penn to the floor area. Lieutenant Hines placed handcuffs on inmate White to the rear. All force ceased.

Officer Urian Davis

On April 14, 2019, I Sergeant Willie Penn was present at the scene in B-Dormitory corridor area. I Sergeant Penn observed inmate Reginald White B/251345 (B3-18A) exiting B-Dorm Bay 4 in the corridor area. I Sergeant Penn observed Inmate White being combative turning around towards Officer Schuttinga in an aggressive manner, grabbing Officer Schuttinga by the arm and pinning Officer Schuttinga against the glass door of B-Dorm Bay 4. I observed Officers Jamie King and Christopher Barr grab inmate White and take him to the floor. Inmate White refused to be handcuffed forcing himself up in an aggressive and hostile manner. Sergeant Cutts and I along with Lieutenant Hines conducted a two one take down on inmate White. Lieutenant Hines placed handcuff on inmate White. All force Ceased.

Sergeant Willie Penn

*Sgt. Willie P*

On April 14, 2019, I Correctional Sergeant Andrew Cutts was the assigned supervisor on A-Night Shift. At approximately 8:09 P.M., while conducting an Institutional Bed Roster in B-Dormitory Bay 4, I observed inmate Reginald White B/251345 grab Correctional Officer Scott Schuttinga by the right arm and pin him against the glass door of B-Dorm Bay 4 in B-Dorm Hallway. Correctional Lieutenant Eric Hines called "Code Red" via handheld radio. Correctional Officers Jamie King and Christopher Barr took inmate White to the ground. Officer King gave inmate White a direct order to cease his negative actions. Inmate White refused to comply with the order given, forcing himself to his feet, continuing to behave in an aggressive manner. I conducted a two on one takedown from the rear on inmate White. I gave inmate White a direct order to cease his negative actions to be handcuffed. Inmate White complied.

Correctional Sergeant Andrew Cutts,

On April 14, 2019, at approximately 8:09 p.m., I Correctional Officer Scott Schuttinga was assisting in conducting an institutional bed roster in B-Dormitory Bay 4. I observed inmate Reginald White B/251345 (B3-18A) exiting B-Dorm Bay 4. I gave inmate White a direct order to turn around for a routine pat search. Inmate White complied. During the pat search, inmate White became combative turning around towards me in an aggressive manner, grabbing me by my arm pushing me against the glass door of B-Dorm Bay 4. Officer King and Barr grabbed inmate White taking him to the ground. Officer King gave inmate White a direct order to cease his negative actions. Inmate White refused to comply with the order given, forcing himself to his feet, continuing to behave in an aggressive manner. Sergeant Cutts with the assisted of Lieutenant Hines and Sergeant Penn conducted a two on one takedown from the rear on inmate White. Sergeant Cutts gave inmate White a direct order to cease his negative actions to be handcuffed. Inmate White complied. Lieutenant Hines escorted inmate White out of B-Dormitory to the Health Care Unit.

Officer Scott Schuttinga

*[signature]*

On April 14, 2019, I Lieutenant Eric Hines was the assigned A-Night Shift Commander. At approximately 8:09 P.M., while conducting an institutional Bed Roster in B-Dormitory Bay 4, I observed inmate Reginald White B/251345 grabbing and pushing Officer Schuttinga into the bay door. I who was present on the scene, called "code red" via handheld radio. Officer King and Barr took inmate White to the ground. Officer King gave inmate White a direct order to cease his negative actions and attempted to handcuff inmate White. Inmate White refused to comply with the order given, forcing himself to his feet in a hostile and aggressive manner. Sergeant Cutts and I conducted a two on one takedown from the rear on inmate White with the assisted of Sergeant Penn to the floor area. Sergeant Cutts gave inmate White a direct order to cease his negative actions to be handcuffed. Inmate White complied. I began to escort inmate White to the Healthcare Unit to be medically assessed. Upon escorting inmate White to the Healthcare Unit, Inmate White continued to behave in an unruly aggressive manner snatching away from me refusing to be escorted. I delivered one second burst of Sabre Red to inmate White's facial area to gain control. I gave inmate White a direct order to cease his actions. Inmate White refused by attempting to kick staff. I delivered several baton strikes to inmate Whites right lower leg area and gave inmate White a direct order to cease his negative behavior. Inmate White complied with the order given. All force ceased. Officer Christopher Barr and Urian Davis escorted inmate White to the Healthcare Unit. Inmate White was decontaminated and medical assessed.

Lieutenant Eric Hines

Alabama Department of Corrections

USE OF FORCE

**INVESTIGATIVE REPORT**

NCDT013

Incident No: BCCF-19-00634

Date: 04/14/2019    Time: 8:09PM

**List below personnel from Incident:**
SCHUTTINGA, SCOTT

**List below inmates from Incident:**
WHITE, REGINALD

**Type of Force:**   Chemical Agents/ Physical/

**Finding:**

This investigation was conducted by Correctional Captain Gretchen Rooker by interviewing Correctional Lieutenant Eric Hines, Correctional Sergeants Andrew Cutts, Willie Penn, and Correctional Officers Scott Schuttinga Jamie King, Christopher Barr, Bob Gulley, Urian Davis, and inmate Reginald White B/251345, also reviewed all documentation pertaining to this incident.

Officer Schuttinga was assisting with an institutional bed roster in Dormitory-B Bay 4 when he observed inmate White exiting the dorm. Officer Schuttinga gave inmate White a direct order to stop and turn around for a routine pat search. During the pat search, inmate White became combative by turning around towards Officer Schuttinga in an aggressive manner, grabbing Officer Schuttinga by the arm and pinning Officer Schuttinga against the glass door of B-Dorm Bay 4. Lieutenant Hines was present in the corridor and called a code red. Correctional Sergeants Andrew Cutts and Willie Penn along with Correctional Officers, Jamie King, Christopher Barr, Bob Gulley and Urian Davis responded to the code. Officer King and Barr grasped inmate White and placed him on the ground to gain control. Officer King gave inmate White a direct order to cease his actions. Inmate White refused to comply and continued to actively resist by forcing himself to his feet. Sergeant Cutts conducted a two on one takedown from the rear on inmate White. Sergeant Cutts gave inmate White a direct order to cease his negative actions so he could be handcuffed. Inmate White complied and Lieutenant Hines along with Officers Barr and Davis began to escort inmate White to the Healthcare Unit to be medically assessed. Inmate White continued to behave unruly by snatching away from Lieutenant Hines. Lieutenant Hines ordered inmate White numerous times to cease this behavior and to follow orders given by Lieutenant Hines. Inmate White refused to comply. Lieutenant Hines delivered a one (1) second burst of Sabre Red Spray to inmate White's facial area to gain control. Lieutenant Hines gave inmate White a direct order to cease his actions. Inmate White refused by attempting to kick staff. Lieutenant Hines delivered several baton strikes to inmate Whites right lower leg area. Lieutenant Hines gave inmate White a direct order to cease his negative behavior. Inmate White began complying with commands and no other force was used.

4/29/2019 4:20 PM by \gretchen.rooker
5/1/2019 8:36 PM by \eric.hines

**Recommendations of Investigating Officer:**

This force was justified and an acceptable level to gain compliance from an out of control suspect. Therefore, the investigating officer recommends inmate White should receive appropriate disciplinary action.

5/1/2019

**Correctional Captain Gretchen Rooker Signature**    **Date**

Run Date: 5/1/2019 8:36:56 PM     Page 1 of 1