UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| REGINALD WHITE, JR.,<br>Plaintiff,<br><br>vs.<br><br>LIEUTENANT ERIC W. HINES, and<br>OFFICER SCOTT A SCHUTTINGS,<br>RESPONDENT. | )<br>)<br>)<br>) Case No. 5:19-cv-00750-MHH-HNJ<br>)<br>)<br>)<br>) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Scott A. Schuttinga who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Scott A. Schuttinga. I am currently employed with the Alabama Department of Corrections as an Officer at Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama 35034.

On April 14, 2019, inmate Reginald White alleged that I, Correctional Officer Scott Schuttinga advised him to pull his pants down, so his shorts could be searched. This allegation is not true I ordered inmate White to submit to a pat search, during the pat search, inmate White became aggressive and combative by turning towards me, grabbing me by the arm and pinning me against the glass.

Inmate White also alleges that I threw a punch at him, after I stated to him "didn't I tell you to put your hands on the wall". This allegation is not true. Lieutenant Eric Hines called for a code red, after I was pinned against the glass. At no time did I throw a punch at inmate White. Inmate White was wrestled to the ground and restrained by Officers Jamie King and Christopher Barr.

This statement is true and correct. At no time did I violate the constitutional rights of inmate Reginald White, Jr.

_____
**SCOTT A. SCHUTTINGA, Correctional Officer**

**SWORN TO AND SUBSCRIBED before me this January 7th of 2020.**

_____
**LAURA HINES, NOTARY PUBLIC**

**October 3, 2022**
**My Commission Expires**