FILED
2020 Apr-03 PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA



**TECH CARE X-RAY**

106 West 5th Ave
Tallahassee, FL 32303
(850)562-1656
www.techcarexray.com

## Radiology Report

**PATIENT NAME:** WHITE, REGINALD
**FACILITY:** LIMESTONE CORRECTIONAL FACILITY
**REFERRING PHYSICIAN:** GULATI
**REASON FOR EXAM:** PAIN

**PATIENT ID:** 251345
**DATE OF BIRTH:** ▮
**DATE OF SERVICE:** 04/22/2019

Exam: RADIOGRAPH OF THE LEFT KNEE

Technique: AP, oblique and lateral views of the left knee are submitted.

Prior studies: No prior studies are submitted. Radiograph of the right knee same day.

Findings: Multiple views of the left knee demonstrate no fracture, dislocation, or subluxation. There is no joint effusion. Alignment is excellent. Bone density is normal and uniform. The soft tissue planes are normal without radiopaque foreign body.

IMPRESSION: No acute fracture.

Recommendation: Follow up as clinically indicated.

Transcribed: 04/22/2019 01:07 PM Raha, Puspendu,
Verified By: 04/23/2019 12:35 PM Dr. Denil Shekhat, M.D.

---

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850)562-1656, or fax (850)562-7209, and please destroy this document and/or delete this e-mail



# TECH CARE X-RAY

106 West 5th Ave
Tallahassee, FL 32303
(850) 562-1656
www.techcarexray.com

## Radiology Report

**PATIENT NAME:** WHITE, REGINALD
**FACILITY:** LIMESTONE CORRECTIONAL FACILITY
**REFERRING PHYSICIAN:** GULATI
**REASON FOR EXAM:** PAIN

**PATIENT ID:** 251345
**DATE OF BIRTH:**
**DATE OF SERVICE:** 04/22/2019

Exam: RADIOGRAPH OF THE RIGHT KNEE

Technique: AP, oblique and lateral views of the right knee are submitted.

Prior studies: No prior studies are submitted. Radiograph of the left knee same day.

Findings: Multiple views of the right knee demonstrate no fracture, dislocation, or subluxation. There is no joint effusion. Alignment is excellent. Bone density is normal and uniform. The soft tissue planes are normal without radiopaque foreign body.

IMPRESSION: No obvious evidence of an acute osseous injury involving the right knee.

Recommendation: Follow up as clinically indicated.

Transcribed: 04/22/2019 08:05 PM Raha, Puspendu,
Verified By: 04/22/2019 08:05 PM Dr. Michael Herron, M.D.

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850)562-1656, or fax (850)562-7209, and please destroy this document and/or delete this e-mail