**Hetzel, Tara**

| | |
|---|---|
| From: | Richard Rice <rrice@rice-lawfirm.com> |
| Sent: | Saturday, February 26, 2022 3:58 AM |
| To: | Hetzel, Tara |
| Subject: | Re: Reginal White v. Eric Hlnes |

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thank you for the email.

I will provide the responses to you within 14 days of Monday.

Yes I would join you in a joint motion to continue.

Thank you and have a good weekend.

Richard

Sent from my iPhone

> On Feb 25, 2022, at 2:34 PM, Hetzel, Tara <Tara.Hetzel@alabamaag.gov> wrote:
>
> Richard:
>
> Dispositive motions are due March 1, 2022; however, you have yet to respond to the written discovery. One: Do you know when I will be able to receive those answers? And Two: Are you willing to join me in filing a Joint Motion for Extension of Time?
>
> Thank you.
>
> Tara S. Hetzel
> Civil Division Chief
> Office of the Attorney General
> State of Alabama
> 501 Washington Avenue
> Post Office Box 300152
> Montgomery, Alabama 36130
> 334.242.7374 Office
> 334.832.6120 Cell
>
> Confidentiality Notice: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution

Exhibit 2

or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.

Exhibit 2