**Hetzel, Tara**

| | |
|---|---|
| From: | Hetzel, Tara |
| Sent: | Monday, March 21, 2022 8:57 AM |
| To: | Richard Rice |
| Subject: | RE: Reginal White v. Eric HInes |

Richard:

You stated that you would send me the responses by March 14. However, I have yet to receive responses for you and your client. I hope that we will be able to resolve this issue.

Thank you,

Tara S. Hetzel
Civil Division Chief
Office of the Attorney General
State of Alabama
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
334.242.7374 Office
334.832.6120 Cell

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Saturday, February 26, 2022 3:58 AM
**To:** Hetzel, Tara <Tara.Hetzel@AlabamaAG.gov>
**Subject:** Re: Reginal White v. Eric HInes

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thank you for the email.

I will provide the responses to you within 14 days of Monday.

Yes I would join you in a joint motion to continue.

Thank you and have a good weekend.

Richard

Sent from my iPhone

> On Feb 25, 2022, at 2:34 PM, Hetzel, Tara <Tara.Hetzel@alabamaag.gov> wrote:

1

Exhibit 3

Richard:

Dispositive motions are due March 1, 2022; however, you have yet to respond to the written discovery. One: Do you know when I will be able to receive those answers? And Two: Are you willing to join me in filing a Joint Motion for Extension of Time?

Thank you.

Tara S. Hetzel
Civil Division Chief
Office of the Attorney General
State of Alabama
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130
334.242.7374 Office
334.832.6120 Cell

Confidentiality Notice: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.

Exhibit 3